**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00112-CV**

_____

**IN THE INTEREST OF M.S. AND M.O.**

**On Appeal from the County Court at Law**
**Orange County, Texas**
**Trial Cause No. C180805-D**

## MEMORANDUM OPINION

M.L.K. (Mother), filed a motion asking that this Court dismiss her appeal. Mother's court-appointed attorney represents Mother no longer wishes to appeal and is freely and voluntarily waiving her right to appeal. Mother made the motion before this Court resolved the appeal. *See* Tex. R. App. P. 42.1(a)(1).

The record shows that no other party filed a notice of appeal. Mother's motion is granted. Accordingly, the appeal is dismissed.

APPEAL DISMISSED.

PER CURIAM

Submitted on June 23, 2021
Opinion Delivered June 24, 2021

Before Kreger, Horton, and Johnson, JJ.

1